# Exhibit No. 3

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KATHERINE JETTER, and<br>KATHERINE JETTER LTD. d/b/a THE<br>VAULT NANTUCKET,<br><br>        Plaintiffs,<br><br>v.<br><br>BOUTIQUE TERE, INC. d/b/a MARISSA<br>COLLECTIONS, JAY HARTINGTON,<br>MARISSA HARTINGTON, and<br>BURT HARTINGTON<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## AFFIDAVIT OF JAY HARTINGTON IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL

I, Jay Hartington, depose and state upon personal knowledge the following:

1.  I am currently employed as the Chief Executive Officer of Boutique Tere, Inc. d/b/a Marissa Collections ("Marissa Collections").

2.  I am a resident of and domiciled in the state of Florida. Marissa and Burt Hartington, my parents, are residents of and domiciled in the state of Florida.

3.  Marissa Collections is incorporated under the laws of the state of Florida.

4.  Marissa Collections maintains its headquarters at 1167 3rd Street South, Suite 207, Naples, Florida 34102. Marissa Collections' officers direct, control and coordinate the corporation's activities from its corporate headquarters – i.e., its "nerve center" – in Naples, Florida.

5.  Marissa Collections' principal place of business is located in Naples, Florida.

Signed under the pains and penalties of perjury this 23rd day of May 2024

Jay Hartington