# Exhibit No. 4

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| NANTUCKET, ss. | SUPERIOR COURT DEPARTMENT<br>OF THE TRIAL COURT |

KATHERINE JETTER, and )
KATHERINE JETTER LTD. d/b/a THE ) **NOTICE OF FILING OF**
VAULT NANTUCKET, ) **REMOVAL OF ACTION**
) **TO FEDERAL COURT**
            Plaintiffs, )
)
v. ) Civil Action No. 2575-cv-00021
)
BOUTIQUE TERE, INC. d/b/a MARISSA )
COLLECTIONS, JAY HARTINGTON, )
MARISSA HARTINGTON, and )
BURT HARTINGTON )
)
            Defendants. )

TO:    Civil Clerk of the Superior Court
         Nantucket County Superior Court
         16 Broad Street
         Nantucket, MA 02544

## **NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 and 1446, on May 23, 2025, Defendants Boutique Tere, Inc., d/b/a Marissa Collections ("Marissa Collections"), Jay Hartington, Marissa Hartington, and Burt Hartington (collectively, "Defendants"), filed a Notice of Removal of the above-captioned action in the United States District Court for the District of Massachusetts. The Notice of Removal removes the action from the Commonwealth of Massachusetts, Nantucket County Superior Court of the Trial Court, to the United States District Court for the District of Massachusetts. Copies of the Notice of Removal and a Notice to Counsel of Removal are attached hereto as **Exhibits 1** and **2**. Pursuant to 28 U.S.C. § 1446(d), this state action shall proceed no further.

Respectfully Submitted,

BOUTIQUE TERE, INC. d/b/a MARISSA
COLLECTIONS, JAY HARTINGTON,
MARISSA HARTINGTON, and
BURT HARTINGTON,

By their Attorneys,

*/s/ Damien M. DiGiovanni*
Damien M. DiGiovanni (BBO No. 682005)
Jeffrey T. Collins (BBO No. 640371)
Brendan T. Sweeney (BBO No. No. 703992)
MORGAN, BROWN & JOY, LLP
28 State Street, 16th Floor
Boston, MA 02109-2605
(617) 523-6666
ddigiovanni@morganbrown.com
jcollins@morganbrown.com
bsweeney@morganbrown.com

DATED: May 23, 2025

## CERTIFICATE OF SERVICE

I, Brendan T. Sweeney, hereby certify that a copy of the within pleading was served by electronic mail upon counsel at the addresses below this 23rd day of May, 2025:

Aliki Sofis, Esq.
Kathleen Marini, Esq.
John F. Ferraro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
katheleenmarini@quinnemanuel.com
johnferraro@quinnemanuel.com

*/s/ Brendan Sweeney*
Brendan T. Sweeney