# Exhibit No. 5

COMMONWEALTH OF MASSACHUSETTS

NANTUCKET, ss.                                                SUPERIOR COURT DEPARTMENT
                                                                          OF THE TRIAL COURT

| | |
|---|---|
| KATHERINE JETTER, and<br>KATHERINE JETTER LTD. d/b/a THE<br>VAULT NANTUCKET,<br><br>        Plaintiffs,<br><br>v.<br><br>BOUTIQUE TERE, INC. d/b/a MARISSA<br>COLLECTIONS, JAY HARTINGTON,<br>MARISSA HARTINGTON, and<br>BURT HARTINGTON<br><br>        Defendants. | Civil Action No. 2575-cv-00021 |

TO:    Aliki Sofis, Esq.
         Kathleen Marini, Esq.
         John F. Ferraro, Esq.
         Quinn Emanuel Urquhart & Sullivan, LLP
         111 Huntington Ave, Suite 520
         Boston, MA 02199
         (617) 712-7100
         alikisofis@quinnemanuel.com
         katheleenmarini@quinnemanuel.com
         johnferraro@quinnemanuel.com

**NOTICE TO PLAINTIFF'S COUNSEL OF
REMOVAL OF ACTION TO FEDERAL COURT**

     PLEASE TAKE NOTICE that Defendants in the above-entitled action, Boutique Tere, Inc., d/b/a Marissa Collections ("Marissa Collections"), Jay Hartington, Marissa Hartington, and Burt Hartington (collectively, "Defendants"), filed in the United States District Court for the District of Massachusetts, their Notice of Removal of the above-captioned matter from the Superior Court for Nantucket County to the United States District Court for the District of

Massachusetts (a copy of said Notice is attached hereto), together with a copy of the Complaint and all other process, pleadings, and orders filed by the Plaintiffs in the Superior Court for Nantucket County.

You are also advised that said Defendants, upon filing said Notice, filed a Notice of Filing of Removal of Action to Federal Court with the Clerk for the Superior Court for Nantucket County and attached thereto copies of the following (1) Notice of Removal with exhibits attached thereto; and (2) the Notice to Counsel of Removal of Action to Federal Court.

Such action has effectuated the removal of this action to the United States District Court for the District of the Massachusetts, in accordance with the provisions of 28 U.S.C. §§ 1441 and 1446, and no further proceedings may be had in this state court action.

    Respectfully Submitted,

    BOUTIQUE TERE, INC. d/b/a MARISSA
    COLLECTIONS, JAY HARTINGTON,
    MARISSA HARTINGTON, and
    BURT HARTINGTON,

    By their Attorneys,

    */s/ Damien M. DiGiovanni*
    Damien M. DiGiovanni (BBO No. 682005)
    Jeffrey T. Collins (BBO No. 640371)
    Brendan T. Sweeney (BBO No. No. 703992)
    MORGAN, BROWN & JOY, LLP
    28 State Street, 16th Floor
    Boston, MA 02109-2605
    (617) 523-6666
    ddigiovanni@morganbrown.com
    jcollins@morganbrown.com
    bsweeney@morganbrown.com

DATED: May 23, 2025

## **CERTIFICATE OF SERVICE**

I, Brendan T. Sweeney, hereby certify that a copy of the within pleading was served by electronic mail upon counsel at the addresses below this 23rd day of May, 2025:

Aliki Sofis, Esq.
Kathleen Marini, Esq.
John F. Ferraro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
katheleenmarini@quinnemanuel.com
johnferraro@quinnemanuel.com

/s/ Brendan Sweeney
Brendan T. Sweeney