# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE JETTER, and KATHERINE JETTER LTD. d/b/a THE VAULT NANTUCKET, <br><br> Plaintiffs, <br><br> v. <br><br> BOUTIQUE TERE, INC. d/b/a MARISSA COLLECTIONS, JAY HARTINGTON, MARISSA HARTINGTON, and BURT HARTINGTON <br><br> Defendants. | Civil Action No. 1:25-cv-11491 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Boutique Tere, Inc., d/b/a Marissa Collections, by its attorneys, hereby states that it is a privately owned entity, does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock. No other entity has a financial interest in this matter.

Respectfully Submitted,

BOUTIQUE TERE, INC. d/b/a MARISSA
COLLECTIONS, JAY HARTINGTON,
MARISSA HARTINGTON, and
BURT HARTINGTON,

By their Attorneys,

*/s/ Damien M. DiGiovanni*
Damien M. DiGiovanni (BBO No. 682005)
Jeffrey T. Collins (BBO No. 640371)
Brendan T. Sweeney (BBO No. No. 703992)
MORGAN, BROWN & JOY, LLP
28 State Street, 16th Floor
Boston, MA 02109-2605
(617) 523-6666
ddigiovanni@morganbrown.com
jcollins@morganbrown.com
bsweeney@morganbrown.com

Dated: May 23, 2025

## CERTIFICATE OF SERVICE

I, Brendan T. Sweeney, hereby certify that a copy of the within pleading was served by electronic mail upon counsel at the addresses below this 23rd day of May, 2025:

Aliki Sofis, Esq.
Kathleen Marini, Esq.
John F. Ferraro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
katheleenmarini@quinnemanuel.com
johnferraro@quinnemanuel.com

                                                            */s/ Brendan Sweeney*
                                                            Brendan T. Sweeney