# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| KATHERINE JETTER and KATHERINE JETTER LTD. d/b/a THE VAULT NANTUCKET, <br> *Plaintiff* <br> v. <br> BOUTIQUE TERE, INC. d/b/a MARISSA COLLECTIONS, JAY HARTINGTON, MARISSA HARTINGTON and BURT HARTINGTON <br> *Defendant* | ) ) ) ) ) ) ) Case No. 1:25-cv-11491 |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Defendants, BOUTIQUE TERE, INC. d/b/a MARISSA COLLECTIONS, JAY HARTINGTON, MARISSA HARTINGTON and BURT HARTINGTON                                              .

Date:  5/23/2025

*Attorney's signature*

Brendan T. Sweeney (BBO #703992)
*Printed name and bar number*

MORGAN, BROWN & JOY, LLP
28 State Street, 16th Floor
Boston, MA 02109
*Address*

bsweeney@morganbrown.com
*E-mail address*

617-523-6666
*Telephone number*

617-367-3125
*FAX number*

**CERTIFICATE OF SERVICE**

    I, Brendan T. Sweeney, hereby certify that a copy of the within pleading was served by electronic mail upon counsel at the addresses below this 23rd day of May, 2025:

Aliki Sofis, Esq.
Kathleen Marini, Esq.
John F. Ferraro, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Ave, Suite 520
Boston, MA 02199
(617) 712-7100
alikisofis@quinnemanuel.com
katheleenmarini@quinnemanuel.com
johnferraro@quinnemanuel.com

                                      */s/ Brendan Sweeney*
                                      Brendan T. Sweeney