UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE JETTER, and <br> KATHERINE JETTER LTD. d/b/a THE <br> VAULT NANTUCKET, <br><br> Plaintiffs, <br><br> v. <br><br> BOUTIQUE TERE, INC. d/b/a MARISSA <br> COLLECTIONS, JAY HARTINGTON, <br> MARISSA HARTINGTON, and <br> BURT HARTINGTON <br><br> Defendants. | Civil Action No. 1:25-cv-11491-DJC |

**JOINT MOTION FOR BRIEFING AND HEARING SCHEDULE
IN CONNECTION WITH PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY
RESTRAINING ORDER AND, AFTER HEARING, PRELIMINARY INJUNCTION**

Plaintiffs Katherine Jetter and Katherine Jetter Ltd. d/b/a The Vault Nantucket ("The Vault Parties" or "Plaintiffs") and Defendants Boutique Tere, Inc., d/b/a Marissa Collections ("Marissa Collections"), Jay Hartington, Marissa Hartington, and Burt Hartington (collectively, "Defendants") hereby respectfully jointly move the Court for entry of the following briefing and hearing schedule regarding Plaintiffs' *Emergency Motion for Temporary Restraining Order and, After Hearing, Preliminary Injunction* (the "Motion"):

1. Plaintiffs filed their Verified Complaint and Motion in Nantucket Superior Court on Monday, May 19, 2025; Defendants were served with those papers on the same day and with the Summonses on Wednesday, May 21, 2025. The Nantucket Superior Court set a hearing on Plaintiffs' Motion for Tuesday, May 27, 2025 at 11:00 a.m. On Friday, May 23, 2025, Defendants removed the action to this Court, such that the May 27 hearing in Nantucket Superior Court was taken off the Superior Court's calendar. Plaintiffs' Motion is pending before this Court.

2. Defendants will file their Opposition to the Motion on or before June 5, 2025.

3. Plaintiffs will file their Reply, if any, to Defendants' Opposition, on or before June 9, 2025.

4. Plaintiffs and Defendants jointly request that the Court schedule a hearing on Plaintiffs' Motion on June 10 or 11, the afternoon of June 12, or on a date convenient for the Court.

Dated: May 29, 2025

Respectfully Submitted,

KATHERINE JETTER and KATHERINE JETTER LTD. d/b/a THE VAULT NANTUCKET

By their Attorneys,

*/s/ Aliki Sofis*
Aliki Sofis (BBO #675777)
Kathleen Marini (BBO #698420)
John F. Ferraro (BBO #711818)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200
alikisofis@quinnemanuel.com
kathleenmarini@quinnemanuel.com
johnferraro@quinnemanuel.com

BOUTIQUE TERE, INC. d/b/a MARISSA COLLECTIONS, JAY HARTINGTON, MARISSA HARTINGTON, and BURT HARTINGTON,

By their Attorneys,

*/s/ Damien M. DiGiovanni*
Damien M. DiGiovanni (BBO No. 682005)
Jeffrey T. Collins (BBO No. 640371)
Brendan T. Sweeney (BBO No. No. 703992)
MORGAN, BROWN & JOY, LLP
28 State Street, 16th Floor
Boston, MA 02109-2605
(617) 523-6666
ddigiovanni@morganbrown.com
jcollins@morganbrown.com
bsweeney@morganbrown.com

## **CERTIFICATE OF SERVICE**

      I, John F. Ferraro, hereby certify that on May 29, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                      */s/ John F. Ferraro*
                                                       John F. Ferraro