UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATHERINE JETTER, and<br>KATHERINE JETTER LTD. d/b/a THE VAULT NANTUCKET,<br><br>*Plaintiffs*,<br><br>v.<br><br>BOUTIQUE TERE, INC. d/b/a MARISSA COLLECTIONS, JAY HARTINGTON, MARISSA HARTINGTON, and BURT HARTINGTON,<br><br>*Defendants*. | Civil Action No. 1:25-cv-11491 |

**JOINT MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiffs Katherine Jetter and Katherine Jetter Ltd. d/b/a The Vault Nantucket and Defendants Boutique Tere, Inc. d/b/a Marissa Collections, Jay Hartington, Marissa Hartington, and Burt Hartington (together the "Parties") entered into a Settlement Agreement, whereby the foregoing parties agreed to settle this action and their claims pursuant to the terms therein;

WHEREAS, in accordance with the Settlement Agreement, the Parties request that this action be dismissed with prejudice.

NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(2), and by joint motion, the Parties to this Action hereby move, by and through their respective counsel, that:

1. This Action shall be dismissed with prejudice immediately, with each party to bear their own costs and attorneys' fees.

10

Dated: 1/12/2026

Respectfully submitted,

| | |
|---|---|
| */s/ Aliki Sofis* | */s/ Damien M. DiGiovanni* |
| Aliki Sofis (BBO No. 675777) | Damien M. DiGiovanni (BBO No. 682005) |
| Kathleen Marini (BBO No. 698420) | Jeffrey T. Collins (BBO No. 640371) |
| John F. Ferraro (BBO No. 711818) | Brendan T. Sweeney (BBO No. 703992) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | MORGAN, BROWN & JOY, LLP |
| 111 Huntington Avenue, Suite 520 | 28 State Street, 16th Floor |
| Boston, MA 02199 | Boston, MA 02109-2605 |
| (617) 712-7100 | (617) 523-6666 |
| alikisofis@quinnemanuel.com | ddigiovanni@morganbrown.com |
| kathleenmarini@quinnemanuel.com | jcollins@morganbrown.com |
| johnferraro@quinnemanuel.com | bsweeney@morganbrown.com |
| | |
| *Counsel for Katherine Jetter and Katherine Jetter Ltd. d/b/a The Vault Nantucket* | *Counsel for Boutique Tere, Inc. d/b/a Marissa Collections, Jay Hartington, Marissa Hartingon, and Burt Hartington* |

**IT IS SO ORDERED.**

January 12, 2026
Dated
Boston, Massachusetts

*Denise J. Casper*
The Hon. Denise Casper
United States District Court Judge